Clyde D. Wagner, Jr.   xxx-xx-1368

MATRIX


FILED '24 JAN 17 PM 1:46
CLERK, US COURT, PAMB

Chapter 7 Bankruptcy   No._____ Middle District, PA

**Brightspeed**
P.O. Box 2159
Fayetteville, NC 28301

**Discover Bank**
c/o Zwicker and Associates
3220 Tillman Drive, Suite 215
Bensalem, PA 19020

**First Bank and Trust Mercury**
P.O. Box 2004
Warren MI, 48090-2004

**Koalafi**
P.O. Box 5518
Glen Allen, VA 23058

**Members First Federal Credit Union**
P.O. Box 8893
Camp Hill, PA 17001-8893

**Merrick Bank Corporation**
**Now—Carson Smithfield, LLC**
225 W. Station Square Drive, 4th Floor
Pittsburgh, PA 15219

**Midland Credit Management**
350 Camino De La Reina, Suite 100
San Diego, CA 92108

Clyde D. Wagner, Jr.   xxx-xx-1368

MATRIX

Chapter 7 Bankruptcy   No._____ Middle District, PA


**Portfolio Recovery Associates. LLC**
P.O. Box 12914
Norfolk, VA 23541

**Upstart Network, Inc. (Assignee of Cross River Bank)**
P.O. Box 1608
Skokie, IL 60076-1608